IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FANES JEAN-JACQUES,**
Alien # A71-896-012,

 Petitioner,

vs.          Case Number 4:09cv92-RH/WCS

**ERIC H. HOLDER, JR.,
ATTORNEY GENERAL OF THE
UNITED STATES, et al.,**

 Respondents.

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, initiated this case on March 11, 2009, doc. 1, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner asserted he is a native of Haiti, that he had been held in detention for more than six months, and alleged that Respondents would be unable to remove him. Doc. 1. Petitioner did not challenge the order of removal, only a period of alleged indefinite detention, and he sought release under Zadvydas v. Davis, 533 U.S. 678 (2001). *Id.*

Respondents filed a motion to dismiss on May11, 2009, demonstrating that this case is now moot because Petitioner was removed from the United States to Haiti on

April 29, 2009. Doc. 10. Attached to the motion is an executed Form I-205, with a demonstration that Petitioner's removal was witnessed on April 29, 2009. Doc. 10-2.

Accordingly, this § 2241 petition is moot because the relief requested by Petitioner, release from detention, has been provided. Petitioner did not contest his removal from this country, and is no longer in custody by virtue of his removal to Haiti.

In light of the assertion by Respondents, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 10, be **GRANTED**, and the § 2241 petition filed by Fanes Jean-Jacques, Alien # A71-896-012, be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on May 12, 2009.

   s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.