# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

FANES JEAN-JACQUES,

        Petitioner,

v.                              CASE NO.  4:09cv92-RH/WCS

ERIC H. HOLDER, JR., et al.,

        Respondents.

_____/


## ORDER DISMISSING PETITION AS MOOT


      This case is before the court on the magistrate judge's report and recommendation (document 11).  No objections have been filed.  Upon consideration,

      IT IS ORDERED:

      The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The petition is dismissed as moot."  The clerk must close the file.

      SO ORDERED on June 22, 2009.

                            s/Robert L. Hinkle_____
                            United States District Judge